LANAK & HANNA, P.C.
Craig P. Bronstein, Esq. (Bar No. 174124)
Eric N. Kibel, Esq. (Bar No. 236571)
Collin D. Cook, Esq. (Bar No. 251606)
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone:  (714) 550-0418
Facsimile:   (714) 703-1610
cpbronstein@lanak-hanna.com
ekibel@lanak-hanna.com
cdcook@lanak-hanna.com

Attorneys for Plaintiff
KEVIN HICKS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HICKS, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HSINTERNATIONAL SPORTS MANAGEMENT, INC., a California corporation; EMANUEL K. HUDSON, an individual,<br><br>　　　　　Defendants. | CASE NO.: SACV 12-0401 DOC (ANx)<br><br>**ORDER ENTERING JUDGMENT** |

　　　The Court has considered the request of Petitioner KEVIN HICKS, an individual, to confirm a Final Arbitration Award made on December 19, 2011 pursuant to 9 U.S.C. § 9 and to enter judgment thereon against Respondents HSINTERNATIONAL SPORTS MANAGEMENT, INC., a California corporation; and EMANUEL HUDSON, an individual. Having reviewed all of the documents and pleadings submitted, and for good cause shown,

　　　**THIS COURT ORDERS** that the Final Arbitration Award issued in JAMS Case No. 1200044323 in the amount of $10,200.00 is confirmed and that judgment shall be and is hereby entered in favor of Plaintiff KEVIN HICKS and against Defendants, HSINTERNATIONAL SPORTS MANAGEMENT, INC. and EMANUEL K. HUDSON, jointly and severally, in the

amount of $10,200.00, plus interest thereon at the rate of 10% per annum from April 30, 2008 until paid, and costs as allowed by law.

BY THE COURT:

Dated: April 11, 2012

_____
David O. Carter, U.S. District Court Judge